A CERTIFIED TRUE COPY

DEC 1 9 2006

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

United States Courts
Southern District of Texas
FILED

DEC 2 6 2006

Michael N. Milby, Clerk of Court

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 1 9 2006

FILED
CLERK'S OFFICE

DOCKET NO. 1657

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE VIOXX PRODUCTS LIABILITY LITIGATION

*David Vargas v. Merck & Co., Inc., et al.*, S.D. Texas, C.A. No. 2:06-501
*Elda Del Bosque v. Merck & Co., Inc., et al.*, S.D. Texas, C.A. No. 2:06-510

### ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in these two actions (*Vargas* and *Del Bosque*) on December 5, 2006. The Panel has now been advised that in separate orders by the Honorable Janis Graham Jack, filed on December 1, 2006: 1) *Vargas* was remanded to the 79th Judicial District Court of Brooks County, Texas; and 2) *Del Bosque* was remanded to the 229th Judicial District Court of Duval County, Texas.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-77" filed on December 5, 2006, is VACATED insofar as it relates to these two actions.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel